# ANTHONY R. BOTT, P.C.

### Attorney at Law

EIGHT BEACH ROAD
POST OFFICE BOX 1137
EAST ORLEANS, MASSACHUSETTS 02643

TELEPHONE: (508) 240-2700
NATIONWIDE: 1-800-250-8811
FAX: (508) 240-2772
E-MAIL: ARBott@capecodlaw.com

BOSTON ADDRESS

U.S. POST OFFICE & COURTHOUSE
McCORMACK BUILDING
Post Office Box 1221
Boston, MA 02104-1221

December 9, 2004

Jennifer C. Boal, Chief, Civil Division
U.S. Attorney Michael J. Sullivan
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

VIA CERTIFIED MAIL
Return Receipt Requested
No. 7001 2510 0007 2436 9708

United States Attorney General John Ashcroft
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

VIA CERTIFIED MAIL
Return Receipt Requested
No. 7001 2510 0007 2436 9715

Region X Office for Civil Rights
c/o Ms. Beverly Clarno, Regional Director
U.S. Department of Health and Human Services
2201 Sixth Avenue
Seattle, WA 98121

VIA CERTIFIED MAIL
Return Receipt Requested
No. 7001 2510 0007 2436 9722

The U.S. Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

VIA CERTIFIED MAIL
Return Receipt Requested
No. 7001 2510 0007 2436 9746

Office for Civil Rights
U.S. Department of Health and Human Services
200 Independence Avenue, S.W.
Room 509F, HHH Building
Washington, D.C. 20201

VIA CERTIFIED MAIL
Return Receipt Requested
No. 7001 2510 0007 2436 9739

RE:    BRENT E. WOODFIELD, M.D. and LISA W. WOODFIELD  v.
       UNITED STATES OF AMERICA
       United States District Court, District of Massachusetts
       Case Number: 04 CV 12483 NMG
       Our File No.:  2003-ADA-1

Dear Sirs/Madams:

Be hereby advised that pursuant to the <u>Federal Rules of Civil Procedure</u>, <u>Rule</u> 4(i), service of the above-referenced civil action is hereby being affected upon the Defendant, the United States of America, by forwarding to each and every one of the above-referenced addressees the following documents relating to said Civil Action Docket No. **04CV12483NMG**:

1.    Copies of the <u>required</u> three (3) <u>Summonses</u> involved;

2.    The Plaintiffs' <u>Complaint</u>;

3.    The <u>Civil Action Cover Sheet</u> for the Plaintiffs' <u>Complaint</u>;

4.    The <u>Category Sheet</u> for said <u>Complaint</u>;

5.    A true copy of the November 24, 2004 correspondence from this office confirming that the above-referenced civil action was filed in the Clerk's office for the U.S. District Court for the District of Massachusetts on November 24, 2004 at 8:35 a.m. (by the time stamp on said correspondence visible in the upper left-hand corner of same).

Once this office has received the appropriate Return Receipts indicating receipt by the above-named addressees, each of you will receive a true copy of the three (3) original <u>Summonses</u> with their respective <u>Declarations/Proofs of Service</u> thereon indicating full compliance with the <u>Federal Rules of Civil Procedure</u>, <u>Rule</u> 4 and the correspondence forwarding same for filing to the Clerk of the U.S. District Court, District of Massachusetts.

Very truly yours,

Anthony R. Bott
Attorney for the Plaintiffs
BBO #: 050540

ARB/ams
Encls.
cc:    Jennifer Filo, Docket Clerk for the Honorable Nancy M. Gertner (Correspondence only)
       Brent and Lisa Woodfield (Correspondence only)