AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

BRENT E. WOODFIELD, M.D.
     and
LISA W. WOODFIELD
          V.

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04  12483  NMG

TO: (Name and address of Defendant)

Jennifer C. Boal, Chief: Civil Division
U.S. Attorney Michael J. Sullivan
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA  02210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anthony R. Bott, Esq.
Anthony R. Bott, P.C.
Eight Beach Road
P.O. Box 1137
East Orleans, MA  02643

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                              DATE  11-24-04

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1/14/05 |
| NAME OF SERVER (PRINT) Anthony R. Bott, Esq. | TITLE Plaintiffs' Attorney of Record |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): ** As reflected by attached true copy of December 9, 2004 Certified Mail correspondence from my office to the Civil Division Chief at the Office of the U.S. Attorney, the U.S. Attorney General and the Region X Civil Rights Office for the U.S. Department of Health and Human Services, on said date – pursuant to the Federal Rules of Civil Procedure, Rule 4(i) – the following documents were served upon the aforesaid as required:                                        *** (continued below)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL None | SERVICES Not applicable | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/14/05
             Date                    Signature of Server

8 Beach Road
P.O. Box 1137
East Orleans, MA  02643
*Address of Server*

*** 1. Copies of all three (3) original Summonses;
    2. Original Complaint;
    3. Civil Action Cover Sheet;
    4. Category Sheet; and,
    5. True copy of November 24, 2004 date-stamped correspondence of this office reflecting hand delivery filing of the aforesaid action on November 24, 2004 at 8:35 a.m. at the U.S. District Court, District of Massachusetts.

As the attached true copy of Certified Mail Return Receipt No. 7001 2510 0007 2436 9708 indicates, on <u>12/13/2004</u> the Civil Division Chief for U.S. Attorney Michael J. Sullivan duly received the above-listed documents and service was so consummated.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# ANTHONY R. BOTT, P.C.
### Attorney at Law

EIGHT BEACH ROAD
POST OFFICE BOX 1137
EAST ORLEANS, MASSACHUSETTS 02643

TELEPHONE: (508) 240-2700
NATIONWIDE: 1-800-250-8811
FAX: (508) 240-2772
E-MAIL: ARBott@capecodlaw.com

BOSTON ADDRESS

U.S. POST OFFICE & COURTHOUSE
McCORMACK BUILDING
Post Office Box 1221
Boston, MA 02104-1221

December 9, 2004

Jennifer C. Boal, Chief, Civil Division
U.S. Attorney Michael J. Sullivan
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

VIA CERTIFIED MAIL
Return Receipt Requested
No. 7001 2510 0007 2436 9708

United States Attorney General John Ashcroft
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

VIA CERTIFIED MAIL
Return Receipt Requested
No. 7001 2510 0007 2436 9715

Region X Office for Civil Rights
c/o Ms. Beverly Clarno, Regional Director
U.S. Department of Health and Human Services
2201 Sixth Avenue
Seattle, WA 98121

VIA CERTIFIED MAIL
Return Receipt Requested
No. 7001 2510 0007 2436 9722

The U.S. Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

VIA CERTIFIED MAIL
Return Receipt Requested
No. 7001 2510 0007 2436 9746

Office for Civil Rights
U.S. Department of Health and Human Services
200 Independence Avenue, S.W.
Room 509F, HHH Building
Washington, D.C. 20201

VIA CERTIFIED MAIL
Return Receipt Requested
No. 7001 2510 0007 2436 9739

RE:  BRENT E. WOODFIELD, M.D. and LISA W. WOODFIELD v.
UNITED STATES OF AMERICA
United States District Court, District of Massachusetts
Case Number: 04 CV 12483 NMG
Our File No.: 2003-ADA-1

Page 1 of 2

Dear Sirs/Madams:

Be hereby advised that pursuant to the Federal Rules of Civil Procedure, Rule 4(i), service of the above-referenced civil action is hereby being affected upon the Defendant, the United States of America, by forwarding to each and every one of the above-referenced addressees the following documents relating to said Civil Action Docket No. 04CV12483NMG:

1. Copies of the required three (3) Summonses involved;

2. The Plaintiffs' Complaint;

3. The Civil Action Cover Sheet for the Plaintiffs' Complaint;

4. The Category Sheet for said Complaint;

5. A true copy of the November 24, 2004 correspondence from this office confirming that the above-referenced civil action was filed in the Clerk's office for the U.S. District Court for the District of Massachusetts on November 24, 2004 at 8:35 a.m. (by the time stamp on said correspondence visible in the upper left-hand corner of same).

Once this office has received the appropriate Return Receipts indicating receipt by the above-named addressees, each of you will receive a true copy of the three (3) original Summonses with their respective Declarations/Proofs of Service thereon indicating full compliance with the Federal Rules of Civil Procedure, Rule 4 and the correspondence forwarding same for filing to the Clerk of the U.S. District Court, District of Massachusetts.

Very truly yours,

Anthony R. Bott
Attorney for the Plaintiffs
BBO #: 050540

ARB/ams
Encls.
cc: Jennifer Filo, Docket Clerk for the Honorable Nancy M. Gertner (Correspondence only)
Brent and Lisa Woodfield (Correspondence only)