UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRENT E. WOODFIELD, M.D. and <br> LISA W. WOODFIELD, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 04-12483-NMG <br> ) <br> ) <br> ) <br> ) |

**ASSENTED TO MOTION FOR EXTENSION OF TIME
TO ANSWER AND/OR OTHERWISE RESPOND**

The United States respectfully requests a two week extension of time up to, and including, February 28, 2005, to answer or otherwise respond to the plaintiffs' Complaint. Counsel for the United States conferred with counsel for the plaintiffs on February 10, 2005. Counsel for the plaintiffs assents to the extension of time.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Jeffrey M. Cohen
Jeffrey M. Cohen
Assistant U.S. Attorney
John Joseph Moakley Federal Courthouse
One Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3100

Dated: February 10, 2005

**CERTIFICATION UNDER L.R. 7.1**

I, Jeffrey M. Cohen, Assistant United States Attorney, do hereby state that on February 10, 2005, I spoke with Attorney Anthony Bott and he assented to this Motion for Extension of Time.

 /s/ Jeffrey M. Cohen
Jeffrey M. Cohen
Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

      I certify that on February 10, 2005, I caused a copy of the foregoing Motion to be served on Plaintiffs by first class mail, postage pre-paid to Anthony R. Bott, Eight Beach Road, P.O. Box 1137, East Orleans, MA 02643.

                                                                                   /s/ Jeffrey M. Cohen
                                                                                   Jeffrey M. Cohen
                                                                                   Assistant U.S. Attorney