UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRENT E. WOODFIELD, M.D. and <br> LISA W. WOODFIELD, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 04-12483-NMG <br> ) <br> ) <br> ) <br> ) |

## SECOND ASSENTED TO MOTION FOR EXTENSION OF TIME
## TO ANSWER AND/OR OTHERWISE RESPOND

The United States respectfully requests an extension of time up to, and including, March 9, 2005, to answer or otherwise respond to the plaintiffs' Complaint. Counsel for the United States conferred with counsel for the plaintiffs on February 23, 2005. Counsel for the plaintiffs assents to the extension of time.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

            /s/ Jeffrey M. Cohen
By:   Jeffrey M. Cohen
      Assistant U.S. Attorney
      John Joseph Moakley Federal Courthouse
      One Courthouse Way, Suite 9200
      Boston, MA   02210
Dated: February 23, 2005      (617) 748-3100

## CERTIFICATION UNDER L.R. 7.1

I, Jeffrey M. Cohen, Assistant United States Attorney, do hereby state that on February 23, 2005, I spoke with Attorney Anthony Bott and he assented to this Motion for Extension of Time.

            /s/ Jeffrey M. Cohen
          Jeffrey M. Cohen
          Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

      I certify that on February 23, 2005, I caused a copy of the foregoing Motion to be served on Plaintiffs by first class mail, postage pre-paid to Anthony R. Bott, Eight Beach Road, P.O. Box 1137, East Orleans, MA 02643.

                                                             /s/ Jeffrey M. Cohen
                                                           Jeffrey M. Cohen
                                                           Assistant U.S. Attorney