UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRENT E. WOODFIELD, M.D. and <br> LISA W. WOODFIELD, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 04-12483-NMG <br> ) <br> ) <br> ) <br> ) |

## UNITED STATES' MOTION TO DISMISS THE COMPLAINT
## FOR LACK OF SUBJECT MATTER JURISDICTION

Pursuant to Fed. R. Civ. P. 12(b)(1), the United States hereby moves for dismissal on the ground that the Court lacks jurisdiction over the subject matter. In support of the motion, the United States submits that attached memorandum of law and exhibit.

Wherefore, the United States requests that the complaint be dismissed.

                                                         Respectfully submitted,

                                                         MICHAEL J. SULLIVAN
                                                         United States Attorney


                                                     /s/ Jeffrey M. Cohen
                                       By:  Jeffrey M. Cohen
                                                         Assistant U.S. Attorney
                                                         John Joseph Moakley Federal Courthouse
                                                          One Courthouse Way, Suite 9200
                                                         Boston, MA   02210
Dated: March 9, 2005                            (617) 748-3100

## CERTIFICATION UNDER L.R. 7.1

I, Jeffrey M. Cohen, Assistant United States Attorney, do hereby state that on March 9, 2005, I spoke with Attorney Anthony Bott and informed him that the United States would file this motion.

                                                                      /s/ Jeffrey M. Cohen
                                                                     Jeffrey M. Cohen
                                                                     Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

      I certify that on March 9, 2005, I caused a copy of the foregoing Motion to be served on Plaintiffs by first class mail, postage pre-paid to Anthony R. Bott, Eight Beach Road, P.O. Box 1137, East Orleans, MA 02643.

                                          /s/ Jeffrey M. Cohen
                                          Jeffrey M. Cohen
                                          Assistant U.S. Attorney