UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 22  A 11: 42

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| BRENT E. WOODFIELD, M.D. and<br>LISA W. WOODFIELD<br>    Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA<br>    Defendant | Civil Action No. 04-12483-NMG |

**PLAINTIFF'S ASSENTED TO MOTION TO EXTEND
TIME TO RESPOND TO DEFENDANT'S,
UNITED STATES OF AMERICA'S, MOTION TO DISMISS**

Now come the Plaintiffs in the above-referenced matter and request an extension of time within which to respond to the Defendant's Motion to Dismiss up to and including Monday, March 28, 2005.

Plaintiffs' Counsel has conferred with Counsel for the Defendant, Jeffrey M. Cohen, and he has fully assented to this Motion.

CERTIFICATION UNDER L.R.7.1

I, Anthony R. Bott, Attorney for the Plaintiffs, do hereby state that on March 21, 2005 I spoke with Attorney Jeffrey M. Cohen and he assented to the above-requested Motion to Extend Time to Respond to the Defendant's Motion to Dismiss.

Page 1

Respectfully submitted,
Anthony R. Bott
For the Plaintiffs, Brent E. Woodfield
And Lisa W. Woodfield

*[signature]*

Anthony R. Bott,
BBO #050540
ANTHONY R. BOTT, P.C.
8 Beach Road
Post Office Box 1137
East Orleans, MA 02643
(508) 240-2700

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail (by hand) on _March 21st, 2005_

*[signature]*