BOARD OF BAR OVERSEERS
OF THE SUPREME JUDICIAL COURT
FOR THE
COMMONWEALTH OF MASSACHUSETTS

## NOTIFICATION OF RESIGNATION TO COURT, AGENCY, OR TRIBUNAL

TO:   United States District Court for the District of Massachusetts
      Court, Agency, or Tribunal

      John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02110
      Address

NAME OF CLIENT:

Brent and Lisa Woodfield v. United States of America   Brent and Lisa Woodfield
(case caption)

ADDRESS OF CLIENT:

04 12483 NMG                                           85 Arbutus Trail
(docket number)

Chatham, MA 02633

Pursuant to S.J.C. Rule 4:01, § 17, and Section 4.17 of the Rules of the Board of Bar Overseers for the Commonwealth of Massachusetts, you are hereby advised that I have resigned from further practice of the law in the Commonwealth of Massachusetts and consequently am unable to act as an attorney after May 1, 2005, the effective date of resignation. Enclosed are copies of the notices of resignation which I have sent to my client(s), counsel of record, and those parties unrepresented by counsel.

DATE: 4/13/05      SIGNATURE: _____
                              Anthony Raoul Bott

                   ADDRESS:   P.O. Box 1137
                              East Orleans, MA 02643
                   TELEPHONE: (508) 240-2700

Revised September 1997