UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__Brent E. Woodfield, M.D., et al.,__
   Plaintiff

V.

__United States of America,__
   Defendant

CIVIL ACTION

NO.  __04-12483-NMG__

## ORDER OF DISMISSAL

__Gorton,   D. J.__

In accordance with the Court's Memorandum and Order dated __12/8/05__ _____ granting defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

__12/14/05__
Date

__/s/ Craig J. Nicewicz__
Deputy Clerk

(Dismmemo.ord - 09/92) [odism.]